# CASE ANNOUNCEMENTS

*February 6, 2008*

[Cite as *02/06/2008 Case Announcements*, 2008-Ohio-381.]

## MERIT DECISIONS WITHOUT OPINIONS

2007–2212. State ex rel. Martin v. Chief Inspector.
In Mandamus. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2007–2245. Everest Indemn. Ins. Co. v. Sinclair.
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., and PFEIFER, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.
LUNDBERG STRATTON, J., dissents and would grant an alternative writ.
Motion for admission pro hac vice of Stephen P. Brown by Jerome G. Wyss granted.

## MOTION AND PROCEDURAL RULINGS

1992–1246. State v. Richard.
Cuyahoga App. No. 57664. On motion to vacate the court's order of October 28, 1992. Motion denied.

2007–2331. State v. Hayes.
Franklin App. No. 06AP–290, 2007-Ohio-3056. On motion for leave to file delayed appeal. Motion denied.
CUPP, J., dissents.

2007–2344. State v. Williams.
Hamilton App. Nos. C–060631 and C–060668, 2007-Ohio-5577. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR, LANZINGER, and CUPP, JJ., dissent.

2007–2352. State v. Baiduc.
Geauga App. No. 2006–G–2711, 2007-Ohio-4963. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, LUNDBERG STRATTON, and CUPP, JJ., dissent.

2007–2359. State v. Brown.
Allen App. No. 1–05–11, 2005-Ohio-6177. On motion for leave to file delayed appeal. Motion denied.